UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20553-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JESUS REYES DUARTE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Alicia M. Otazo-Reyes, on September 5, 2017. A Report and Recommendation was filed on July 24, 2018, [ECF No. 12], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 12] of United States Magistrate Judge Alicia M. Otazo-Reyes, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant with illegal reentry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2018.

                                                    JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copied: Magistrate Otazo-Reyes
All Counsel Of Record